FILED
AUG 14 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 18 4920 RMI (PR)

1. THOMAS D. BRALEY, C.D.C.R. # V-60072.
2. CSATF/SP, C-8, 130.
3. P.O. Box 5246
4. Corcoran, Calif. 93212
5.   In Pro. Se.

August 01, 2018.

UNITED STATES DISTRICT COURT — NORTHERN.

| | |
|---|---|
| THOMAS D. BRALEY, Petitioner, <br><br> Vs. <br><br> Pro Se Paralegal, U.S.D.C.-D., Respondent. | Inquiry No. _____ <br><br> 'SECOND' REQUEST FOR Pro. Se. LITIGATOR'S HAND BOOK. |

  On July 13, 2018 (Rec'vd 07/19/2018) I request the Pro. Se. LITIGATORS HANDBOOK, offered by <u>no other</u> California U.S. District Court <u>Except</u> the Northern District.

  Instead, your sent me 'Forms' (H.C./§1983/etc.) that I can received in any of the 33-35 state Prison Law Libraries.

  Please ask your supervisor for proper Assistance.
              THANK YOU!

Dated: August 01, 2018. _Thomas D. Braley_ , Petitioner/Requester.